STATE OF NEW JERSEY v. MOHAMAD DARI.

October 11, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. LEROY BUNTING.

October 11, 1983.

Petition for certification denied.

PHYLLIS CARLIN v. PHILIP CARLIN.

October 11, 1983.

Petition for certification denied.

B.F.L.M.W. CORPORATION v. ATLANTIC &
MAIN CORPORATION.

October 11, 1983.

Petition for certification denied.

ELIZABETH DILLON v. GEORGE B. DILLON.

October 11, 1983.

Petition for certification denied.